**David O. WOSSUM; Sandra O. Wossum, Plaintiffs–Appellants**

v.

**CLUB CAR, INC; Ingersoll–Rand Company, Defendants–Appellees.**

No. 10–40470.

United States Court of Appeals, Fifth Circuit.

Feb. 3, 2011.

Stephen Paul Carrigan, Esq., Diane S. Manson, Esq., Carrigan Law Firm, L.L.P., Houston, TX, for Plaintiffs–Appellants.

Carlos Alberto Villarreal, Esq., Richard C. Woolsey, McKibben, Woolsey & Villarreal, L.L.P., Corpus Christi, TX, for Defendants–Appellees.

Before GARZA, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.